# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131632 & (62)(63)(64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOSEPH LASH,
      Plaintiff-Appellee,

v

CITY OF TRAVERSE CITY,
      Defendant-Appellant.

SC: 131632
COA: 263873
Grand Traverse CC: 04-024067-CL

_____/

      On order of the Court, the application for leave to appeal the June 1, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The motions for leave to file briefs amicus curiae and the motion for miscellaneous relief are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

t1025